UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GENARO REJON,

Plaintiff,

v.

CITY OF CHICAGO, a municipal corporation,
JOHN DOE,

Defendants.

No. 03 C 0296

MAGISTRATE JUDGE

DOCKETED
JAN 15 2003

FILED-ED4

## COMPLAINT AT LAW

NOW COMES the Plaintiff, Genaro Rejon, by and through his attorneys, The Law Offices of Eugene K. Hollander, and complains of the Defendants John Doe and the City of Chicago, a municipal corporation, and states as follows:

## JURISDICTION AND VENUE

1. This is a suit arising under 42 U.S.C. § 1983 brought against John Doe and the City of Chicago. The jurisdiction of this Court is based upon a federal question pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction as provided under 28 U.S.C. § 1367(a).

2. Venue in this district is proper under 28 U.S.C. § 1391(b). The Defendants reside or resided in this district and the events giving rise to Plaintiff's claims occurred here.

## PARTIES

3. Plaintiff is a citizen of the United States and resides in Chicago, Cook County, Illinois.

1-1

4. Defendant John Doe is an unidentified Chicago police officer. The aforesaid Defendant was at all relevant times acting within the scope of his employment and under color of law in his individual capacity.

5. Defendant City of Chicago is a municipal corporation and during all relevant times herein was the employer of the individual Defendant.

6. On October 26, 2002, Plaintiff was a passenger in a vehicle being driven by a friend.

7. At approximately 2:00 A.M. on the aforesaid date, the vehicle in which the Plaintiff was a passenger, was traveling westbound on Lake Avenue near Western in Chicago, Cook County, Illinois.

8. At approximately 2:00 A.M. on said date, Defendant Officer John Doe curbed the Plaintiff's vehicle.

9. Defendant Officer John Doe subsequently ordered the occupants of the vehicle to exit.

10. Defendant Officer John Doe appeared intoxicated and drew his service revolver.

11. Upon learning that Defendant Officer John Doe was intoxicated, Plaintiff's vehicle left the scene.

12. Defendant Officer John Doe then fired his service revolver at Plaintiff's vehicle, and shot Plaintiff in the face.

13. As a direct and proximate cause of the above described acts of the Defendant Officer John Doe, Plaintiff experienced pain and suffering and sustained physical injuries which are permanent in nature.

**COUNT I – SECTION 1983 CLAIM AGAINST DEFENDANT OFFICER JOHN DOE**

14. Plaintiff reincorporates and realleges Paragraphs 1 through 13 as though more fully set forth herein.

15. The above described actions constituted a willful and reckless indifference to Plaintiff's constitutional rights and constituted unreasonable and excessive use of force secured by the due process clause of the Fourteenth Amendment to the Constitution of the United States.

16. Plaintiff demands a trial by jury.

**WHEREFORE,** Plaintiff Genaro Rejon prays that this Honorable Court enter judgment in his favor and against Defendant Officer John Doe for compensatory damages, punitive damages, plus attorney's fees and costs.

**COUNT II – ASSAULT AND BATTERY**

17. Plaintiff reincorporates and realleges Paragraphs 1 through 16 as though more fully set forth herein.

18. The intentional and unauthorized physical force against Plaintiff's body and Plaintiff's reasonable apprehension of same, constituted an assault and battery.

19. Plaintiff demands a trial by jury.

**WHEREFORE,** Plaintiff Genaro Rejon prays that this Honorable Court enter judgment in his favor and against Defendant Officer John Doe for compensatory damages, punitive damages, plus costs.

**COUNT III– 745 ILCS 10/9-102 – DEFENDANT CITY OF CHICAGO**

20. Plaintiff reincorporates and realleges Paragraphs 1 through 19 as though more fully set forth herein.

21. Defendant City of Chicago is the employer of Defendant Officer John Doe.

22. The individual Defendant committed the acts alleged under color of state law and in the scope of his employment as employees of the Defendant City of Chicago.

**WHEREFORE,** should any individual Defendant be found liable on one or more of the claims set forth above, Plaintiff demands that pursuant to 745 ILCS 10/9-102, the Defendant City of Chicago be found liable for any judgment obtained thereon against said Defendant Officer John Doe, including attorney's fees and costs awarded.

**Plaintiff,**
**Genaro Rejon**

By: Eugene K. Hollander
One of his attorneys

Eugene K. Hollander
Robert Sidkey
**The Law Offices of Eugene K. Hollander**
33 N. Dearborn
Suite 2300
Chicago, IL 60602
(312)-425-9100

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
GENARO REJON

**DEFENDANTS**
CITY OF CHICAGO, a municipal corporation and JOHN DOE

DOCKETED
JAN 15 2003

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
EUGENE K. HOLLANDER (Bar # 06193949) (312) 425-9100
THE LAW OFFICES OF EUGENE K. HOLLANDER
33 N. Dearborn St., Suite 2300
Chicago, Illinois 60602

ATTORNEYS (IF KNOWN)

JUDGE MAROVICH
MAGISTRATE JUDGE SCHENKIER
03C 0296

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC/ Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. Sec. 1983

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE ____ DOCKET NUMBER ____

DATE
January 15, 2003

SIGNATURE OF ATTORNEY OF RECORD
Eugene K. Hollander

1-2

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

JUDGE MAROVICH

In the Matter of

GENARO REJON

v.

CITY OF CHICAGO, ET. AL.

Case Number: 03 C 00296

MAGISTRATE JUDGE SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

GENARO REJON

DOCKETED

JAN 1 5 2003

| (A) | (B) |
|---|---|
| SIGNATURE Eugene K. Hollander | SIGNATURE [signature] |
| NAME Eugene K. Hollander | NAME Robert Sidkey |
| FIRM The Law Offices of Eugene K.Hollander | FIRM Law Offices of Eugene K.Hollander |
| STREET ADDRESS 33 N. Dearborn, Suite 2300 | STREET ADDRESS 33 N. Dearborn, Suite 2300 |
| CITY/STATE/ZIP Chicago, IL 60602 | CITY/STATE/ZIP Chicago, IL 60602 |
| TELEPHONE NUMBER 312-425-9100 | TELEPHONE NUMBER 312-425-9100 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06193949 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6271444 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.

1-3