DOCKETED
MAR 2 6 2003

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GENARO REJON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation, Officer Terrence Forbes, Star No. 18822, and Officer Michael Scali, Star No. 14016,<br><br>Defendants. | ) | No. 03 C 00296<br><br>Judge Marovich<br><br>Magistrate Judge Sidney Schenkier |

FILED
MAR 2 5 2003
JUDGE GEORGE M. MAROVICH

**AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, Genaro Rejon, by and through his attorneys, The Law Offices of Eugene K. Hollander, and complains of the Defendants Officer Terrence Forbes, Star No. 18822, Officer Michael Scali, Star No. 14016, and the City of Chicago, a municipal corporation, and states as follows:

**JURISDICTION AND VENUE**

1. This is a suit arising under 42 U.S.C. § 1983 brought against Officers Terrence Forbes, ("Forbes"), Officer Michael Scali, ("Scali"), and the City of Chicago. The jurisdiction of this Court is based upon a federal question pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction as provided under 28 U.S.C. § 1367(a).

2. Venue in this district is proper under 28 U.S.C. § 1391(b). The Defendants reside or resided in this district and the events giving rise to Plaintiff's claims occurred here.

**PARTIES**

5

3. Plaintiff is a citizen of the United States and resides in Chicago, Cook County, Illinois.

4. Defendants Forbes and Scali are Chicago police officers. The aforesaid Defendants were at all relevant times acting within the scope of their employment and under color of law in their individual capacity.

5. Defendant City of Chicago is a municipal corporation and during all relevant times herein was the employer of Defendants Forbes and Scali.

6. On October 26, 2002, Plaintiff was a passenger in a vehicle being driven by a friend.

7. At approximately 2:00 A.M. on the aforesaid date, the vehicle in which the Plaintiff was a passenger, was traveling westbound on Lake Avenue near Western in Chicago, Cook County, Illinois.

8. At approximately 2:00 A.M. on said date, Defendants Forbes and Scali curbed the Plaintiff's vehicle.

9. Either Defendant Forbes or Scali subsequently ordered the occupants of the vehicle to exit.

10. Said Defendant Officer appeared intoxicated and drew his service revolver.

11. Upon learning that said Defendant Officer was intoxicated, Plaintiff's vehicle left the scene.

12. Either Defendant Forbes or Scali then fired his service revolver at Plaintiff's vehicle, and shot Plaintiff in the face.

13. As a direct and proximate cause of the above described acts of Defendant Forbes or Scali, Plaintiff experienced pain and suffering and sustained physical injuries which are permanent in nature.

**COUNT I – SECTION 1983 CLAIM AGAINST DEFENDANT OFFICERS FORBES AND SCALI**

14. Plaintiff reincorporates and realleges Paragraphs 1 through 13 as though more fully set forth herein.

15. The above described actions constituted a willful and reckless indifference to Plaintiff's constitutional rights and constituted unreasonable and excessive use of force secured by the due process clause of the Fourteenth Amendment to the Constitution of the United States.

16. Plaintiff demands a trial by jury.

**WHEREFORE,** Plaintiff Genaro Rejon prays that this Honorable Court enter judgment in his favor and against Defendant Officers Terrence Forbes and Michael Scali for compensatory damages, punitive damages, plus attorney's fees and costs.

**COUNT II – ASSAULT AND BATTERY AGAINST DEFENDANT OFFICERS FORBES AND SCALI**

17. Plaintiff reincorporates and realleges Paragraphs 1 through 16 as though more fully set forth herein.

18. The intentional and unauthorized physical force against Plaintiff's body and Plaintiff's reasonable apprehension of same, constituted an assault and battery.

19. Plaintiff demands a trial by jury.

**WHEREFORE,** Plaintiff Genaro Rejon prays that this Honorable Court enter judgment in his favor and against Defendant Officers Terrence Forbes and Michael Scali for compensatory damages, punitive damages, plus costs.

**COUNT III– 745 ILCS 10/9-102 – DEFENDANT CITY OF CHICAGO**

20. Plaintiff reincorporates and realleges Paragraphs 1 through 19 as though more fully set forth herein.

21. Defendant City of Chicago is the employer of Defendant Officers Terrence Forbes and Michael Scali.

22. The individual Defendants committed the acts alleged under color of state law and in the scope of their employment as employees of the Defendant City of Chicago.

**WHEREFORE,** should any individual Defendant be found liable on one or more of the claims set forth above, Plaintiff demands that pursuant to 745 ILCS 10/9-102, the Defendant City of Chicago be found liable for any judgment obtained thereon against said Defendant Officers Terrence Forbes and Michael Scali, including attorney's fees and costs awarded.

**Plaintiff,**
**Genaro Rejon,**

By: Eugene Hollander
One of his attorneys

Eugene K. Hollander
Robert Sidkey
**The Law Offices of Eugene K. Hollander**
33 N. Dearborn
Suite 2300
Chicago, IL 60602
(312)-425-9100